IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:98CR69 |
| | ) | |
| V. | ) | |
| | ) | |
| TOMMIE THOMPSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Observing that no substantive motion or petition has been filed,

IT IS ORDERED that the defendant's motion to appoint counsel (filing 150) and motion for leave to proceed in forma pauperis (filing 151) are denied.

DATED this 23rd day of October, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge