IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:98CR69-2 |
| | ) | |
| V. | ) | |
| | ) | |
| TOMMIE THOMPSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion for extension of time to permit appeal (filing 166) is granted.

DATED this 4th day of January, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge