IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:98CR069 |
| V. | ) | |
| TOMMIE THOMPSON, | ) | **ORDER** |
| Defendant. | ) | |

Pursuant to F.R.A.P. 24(a), and construing the papers liberally,

IT IS ORDERED that:

1. Defendant's motion to proceed in forma pauperis on appeal (167) is granted;

2. The clerk is directed to process the appeal and to provide a copy of this order to the United States Court of Appeals for the Eighth Circuit.

January 20, 2010.

BY THE COURT:
*Richard G. Kopf*
United States District Judge