IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:98CR69-2 |
| | ) | |
| V. | ) | |
| | ) | |
| TOMMIE THOMPSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Because the new law regarding crack cocaine is not retroactive,

IT IS ORDERED that the defendant's motion (filing 178) is denied.

DATED this 21st day of December, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge